In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00466-CV
_____


### IN THE INTEREST OF K.S.B.

_____

### On Appeal from the 410th District Court
### Montgomery County, Texas
### Trial Cause No. 09-10-10187-CV

_____

### MEMORANDUM OPINION

The appellant, Christopher Brown, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.


_____
CHARLES KREGER
Justice

Submitted on February 14, 2018
Opinion Delivered February 15, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.